UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL A. DIERMEIER, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:18-cv-05942 |
| vs. ) | |
| ) | Honorable Charles P. Kocoras |
| PAUL DEL GALLO, an individual, CASSANDRA ) | |
| AMG LLC, a Delaware limited liability company, ) | |
| and FIRSTSIGHT B, LLC, a Delaware limited ) | |
| liability company, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

NOW BEFORE THE COURT is Plaintiff Daniel A. Diermeier's motion for default and sanctions. On February 12, 2019, the Court held a hearing on Plaintiff's motion. For the reasons stated on the record, it is so ordered:

1.  Plaintiff's motion for default and sanctions [ECF 31] is granted in part and denied in part.

2.  Defendant Paul Del Gallo is defaulted. Plaintiff shall file a motion for default judgment on or before March 1, 2019. Plaintiff is not awarded sanctions.

3.  Defendant Del Gallo's motion for default [ECF 33] is denied as moot.

4.  Defendants Cassandra AMG, LLC, and FirstSight B, LLC, are dismissed without prejudice because the Court declines to exercise supplemental jurisdiction over the claims against them.

5.  Plaintiff's oral motion to seal Exhibit C to Defendant Del Gallo's motion for default [ECF 33] is granted.

Entered this 25 day of   February, 2019.

By: *Charles P. Kocoras*
The Honorable Charles P. Kocoras
United States District Judge

Prepared by:
Giel Stein (ARDC #6275990)
Michael P. Croghan (ARDC #6312601)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601-6317
T: (312) 985-5900 | F: (312) 985-5979
Email:  gstein@clarkhill.com
            mcroghan@clarkhill.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on February 19, 2019, he caused the foregoing PROPOSED ORDER referenced therein to be attached to an e-mail sent to the e-mail address of the assigned judge, Proposed_Order_Kocoras@ilnd.uscourts.gov, per the Court's standing order. The undersigned attorney hereby certifies that Defendant Paul Del Gallo was served with a carbon copy of this Proposed Order via email at pdelgallo@firstsightgroup.com, and Defendants Cassandra AMG, LLC, and FirstSight B, LLC, served with a carbon copy of this Proposed Order via email at whackney@salawus.com.

      */s/ Michael Croghan*
      Michael Croghan