**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DANIEL A. DIERMEIER, an individual, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PAUL DEL GALLO, an individual, CASSANDRA ) <br> AMG LLC, a Delaware limited liability company, ) <br> and FIRSTSIGHT B, LLC, a Delaware limited ) <br> liability company, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:18-cv-05942 <br><br> Hon. Charles P. Kocoras |

## JUDGMENT ORDER

NOW BEFORE THE COURT is Plaintiff Daniel Diermeier's Motion for Default Judgment and Defendant Paul Del Gallo's Emergency Motion for Postponement of Default Hearing on March 14, 2019, to a Date of April 1, 2019, or After. On March 14, 2019, the Court held a hearing on these motions. For the reasons stated on the record, it is so ORDERED:

1. Defendant's Motion for Postponement of Default Hearing [ECF 39] is denied.

2. Plaintiff's Motion for Default Judgment [ECF 37] is granted.

3. Defendant shall pay Plaintiff the total sum of $360,232.56, representing the principal loan amount of $291,047, accrued interest on the loan of $68,731.56, and costs of $545.

Entered this 14th day of March 2019

By: _____
The Honorable Charles P. Kocoras
United States District Judge